NUMBER 13-06-622-CR


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG


_____________________________________________________________

IN RE: CALVIN RAY HYDER 
 

____________________________________________________________

On Petition for Writ of Mandamus


_____________________________________________________________


MEMORANDUM OPINION





Before Justices Yañez, Rodriguez, and Garza 


Memorandum Opinion Per Curiam



 Relator, Calvin Ray Hyder, an inmate presently incarcerated at the Telford Unit of
the Texas Department of Criminal Justice-Institutional Division at New Boston, Texas, has
filed a petition for a writ of mandamus. Relator asks this Court to compel the clerk of the 
156th District Court of Bee County to furnish him with a filing date and cause number for
a writ of habeas corpus mailed to the court by relator on October 6, 2006. We conclude,
however, that we do not have jurisdiction to do so. See Tex. Gov't Code Ann. § 22.221(b)
(Vernon 2004) (governing the scope of the mandamus power of a court of appeals and
providing that court of appeals may issue writs of mandamus against a judge of district or
county court) (emphasis added). 

 Accordingly, we dismiss relator's petition for want of jurisdiction. Per Curiam


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum opinion delivered and filed

this the 9th day of November, 2006.